# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALETTA JOHNSON

VERSUS

GO AUTO INSURANCE COMPANY

NO. 2021 CW 1144

**DECEMBER 6, 2021**

---

In Re:   Go Auto Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 662985.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT